Jason Flanders (Bar No. 238007)
Andrea Kopecky (Bar No. 276366)
SAN FRANCISCO BAYKEEPER, INC.
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jason@baykeeper.org
Email: andrea@baykeeper.org

Sejal Choksi (Bar No. 222093)
3378 South Lucille Lane, Suite B
Lafayette, California 94549
Telephone: (925) 330-7757
Facsimile: (415) 856-0443
Email: sejal@baykeeper.org

Attorneys for Plaintiff
BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BAYKEEPER, a non-profit corporation, | Civil Case No. C 12-03294-DMR |
| Plaintiff, | Hon. Donna M. Ryu |
| v. | **NOTICE OF TENTATIVE SETTLEMENT; REQUEST TO VACATE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [~~PROPOSED~~] ORDER** AS MODIFIED |
| LAKESIDE NON-FERROUS METALS, INC., | |
| Defendant. | |

1 **TO THE COURT AND TO THE PARTIES:**

2     **PLEASE TAKE NOTICE** that Plaintiff Baykeeper ("Baykeeper") and Lakeside Non-
3 Ferrous Metals, Inc. ("Lakeside") (collectively, the "Parties") have reached a tentative settlement in
4 this action, which has been executed by the Parties.  As required by federal law, a copy of the
5 [Proposed] Consent Decree has been sent to the U.S. Department of Justice and to the U.S.
6 Environmental Protection Agency (collectively "the Agencies") for a mandatory 45-day review
7 period under Section 135.5 of Title 40 of the Code of Federal Regulations.  Copies of the [Proposed]
8 Consent Decree will be sent to the Agencies via U.S. Certified Mail on today's date.  Because the
9 Agencies interpret the 45-Day review period as commencing on the date the Agencies receive the
10 [Proposed] Consent Decree, Plaintiff will promptly notify the Court in writing upon expiration of the
11 45-Day review period, and shall advise the Court as to whether any objections were received from the
12 Agencies.  Upon expiration of the 45-Day review period, the Parties will jointly request that the Court
13 (1) approve and execute an Order dismissing the Complaint and (2) approve and execute the
14 [Proposed] Consent Decree which provides for continuing Court jurisdiction over any disputes which
15 may arise between the parties under the agreement.

16     Consistent with the impending settlement of this action, the Parties hereby respectfully request
17 that the Court vacate from its calendar the September 26, 2012 Initial Case Management Conference
18 and associated deadlines.  Should the Court require any additional information, the undersigned will
19 be pleased to provide it upon request.

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING,

The Parties' Initial Case Management Conference on September 26, 2012, is vacated, along with all associated ADR deadlines. The parties shall submit a status report by no later than October 24, 2012.

**IT IS SO ORDERED**

Date: September 7, 2012

NORTHERN DISTRICT OF CALIFORNIA

Honorable Donna M. Ryu
United States District Court